**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GEORGE HENGLE, SHERRY BLACKBURN, WILLIE ROSE, ELWOOD BUMBRAY, TIFFANI MYERS, STEVEN PIKE, SUE COLLINS, LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, | ) ) ) ) ) ) ) |
| | ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| SCOTT ASNER, JOSHUA LANDY, RICHARD MOSELEY, JR., GOLDEN VALLEY LENDING, INC., SILVER CLOUD FINANCIAL INC., MOUNTAIN SUMMIT FINANCIAL, INC., MAJESTIC LAKE FINANCIAL, INC., and UPPER LAKE PROCESSING SERVICE, INC., | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |

Civil Action No.  3:19-cv-250-REP

## <u>DEFENDANTS SCOTT ASNER AND JOSHUA LANDY'S MOTION TO DISMISS</u>

Specially Appearing Defendants[1] Scott Asner and Joshua Landy move this Court pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for an order dismissing the Plaintiffs' Class Action Complaint.  The reasons in support of this motion are set forth in the accompanying memorandum, which is incorporated herein by reference.

---

[1] A defendant does not submit to the jurisdiction of this Court by filing a motion to dismiss.  *Hunt v. Calhoun Cty. Bank, Inc.*, 8 F. Supp. 3d 720, 726 (E.D. Va. 2014).  Nor does a defendant waive arbitration rights by bringing a motion to dismiss together with a motion to compel arbitration. *MicroStrategy, Inc. v. Lauricia*, 268 F.3d 244, 246 (4th Cir. 2001).

Respectfully submitted:

Dated: June 21, 2019            /s/Jan A. Larson
                               Jan A. Larson (Bar No. 76959)
                               Thomas J. Perrelli (*pro hac vice*)
                               JENNER & BLOCK LLP
                               1099 New York Avenue, NW
                               Washington DC, 20001
                               Phone: (202) 639-6000
                               Facsimile: (202) 639-6066
                               JanLarson@jenner.com
                               TPerrelli@jenner.com

                               *Counsel for Defendants Scott Asner and Joshua Landy*

1

## CERTIFICATE OF SERVICE

I certify that on June 21, 2019, I have electronically filed DEFENDANTS SCOTT ASNER AND JOSHUA LANDY'S MOTION TO DISMISS and accompanying papers with the Clerk of Court using the ECF system which will send notification of such filing to the following:

> George Hengle
> Sherry Blackburn
> Willie Rose
> Elwood Bumbray
> Tiffani Myers
> Steven Pike
> Sue Collins
> Lawrence Mwethuku
> Golden Valley Lending, Inc.
> Mountain Summit Financial, Inc.
> Silver Cloud Financial, Inc.
> Majestic Lake Financial, Inc.
> Upper Lake Processing Service, Inc.

I further certify that on June 21, 2019, I caused a copy of the foregoing document and the notice of electronic filing to be mailed by U.S. Mail, to the following non-ECF parties:

Richard Moseley, Jr.
3901 W 56th Street
Fairway, KS 66205

Dated this June 21, 2019.

/s/Jan A. Larson

Jan A. Larson (Bar No. 76959)