**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GEORGE HENGLE, SHERRY BLACKBURN, WILLIE ROSE, ELWOOD BUMBRAY, TIFFANI MYERS, STEVEN PIKE, SUE COLLINS, LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.  3:19-250 |
| v. | ) ) | |
| SCOTT ASNER, JOSHUA LANDY, RICHARD MOSELEY, JR., GOLDEN VALLEY LENDING, INC., SILVER CLOUD FINANCIAL, INC., MOUNTAIN SUMMIT FINANCIAL, INC., MAJESTIC LAKE FINANCIAL, INC., and UPPER LAKE PROCESSING SERVICES, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## TRIBAL DEFENDANTS' MOTION TO DISMISS

Defendants Golden Valley Lending, Inc., Mountain Summit Financial, Inc., Silver Cloud Financial, Inc., Majestic Lake Financial, Inc., and Upper Lake Processing Services, Inc. (collectively, "Tribal Defendants") respectfully move to dismiss all claims against them in Plaintiffs' Class Action Complaint, with prejudice to future claims, for the reasons stated in the accompanying Memorandum in Support of this Motion.

DATED: June 21, 2019

Respectfully Submitted.

<u>/s/ Matthew Skanchy</u>
Matthew Skanchy (Bar No. 89575)
mskanchy@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
James Rosenthal (*pro hac vice*)
jrosenthal@wilkinsonwalsh.com
Kosta Stojilkovic (*pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Beth Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005

*Counsel for Tribal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2019, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Kristi C. Kelly
kkelly@kellyguzzo.com
Andrew J. Guzzo
aguzzo@kellyguzzo.com
Casey S. Nash
casey@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Leonard A. Bennett
lenbennett@clalegal.com
Craig C. Marchiando
craig@clalegal.com
Elizabeth W. Hanes
elizabeth@clalegal.com
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

James W. Speer
jay@vplc.org
VIRGINIA POVERTY LAW CENTER
919 East Main Street, Suite 610
Richmond, VA 23219

*Counsel for Plaintiffs*

Matthew L. Haws
MHaws@jenner.com
Thomas J. Perrelli
TPerrelli@jenner.com
Jan A. Larson
JanLarson@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue,NW
Washington DC, 20001

*Counsel for Defendants Scott Asner and Joshua Landy*

3

I further certify that on June 21, 2019, I caused a copy of the foregoing document and the notice of electronic filing to be mailed by U.S. Mail to the following non-ECF parties:

Richard Moseley, Jr.
3901 W 56th Street
Fairway, KS 66205

DATED: June 21, 2019                                    Respectfully Submitted.

                                                        /s/ Matthew Skanchy
                                                        Matthew Skanchy (Bar No. 89575)
                                                        mskanchy@wilkinsonwalsh.com
                                                        Rakesh Kilaru (*pro hac vice*)
                                                        rkilaru@wilkinsonwalsh.com
                                                        James Rosenthal (*pro hac vice*)
                                                        jrosenthal@wilkinsonwalsh.com
                                                        Kosta Stojilkovic (*pro hac vice*)
                                                        kstojilkovic@wilkinsonwalsh.com
                                                        Beth Wilkinson (*pro hac vice*)
                                                        bwilkinson@wilkinsonwalsh.com
                                                        WILKINSON WALSH + ESKOVITZ LLP
                                                        2001 M Street NW, 10th Floor
                                                        Washington, D.C. 20036
                                                        Telephone: (202) 847-4000
                                                        Fax: (202) 847-4005

                                                        *Counsel for Tribal Defendants*