**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GEORGE HENGLE, SHERRY BLACKBURN, WILLIE ROSE, ELWOOD BUMBRAY, TIFFANI MYERS, STEVEN PIKE, SUE COLLINS, LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, | ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.  3:19-250 |
| v. | ) ) | |
| SCOTT ASNER, JOSHUA LANDY, RICHARD MOSELEY, JR., GOLDEN VALLEY LENDING, INC., SILVER CLOUD FINANCIAL, INC., MOUNTAIN SUMMIT FINANCIAL, INC., MAJESTIC LAKE FINANCIAL, INC., and UPPER LAKE PROCESSING SERVICES, INC., | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**TRIBAL DEFENDANTS' TABLE OF EXHIBITS**
**TO AFFIDAVIT OF SHERRY TREPPA IN SUPPORT OF**
**MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**

| Exhibit | Document |
|---|---|
| 1. | *Short-Term, Small Dollar Lending: The CFPB's Assault on Access to Credit and Trampling of State and Tribal Sovereignty: Hearing Before the Subcomm on Fin. Insts. and Consumer Credit of the H. Comm. on Fin. Servs.*, 114th Cong. 2 (2016) (statement of Honorable Sherry Treppa, Chairperson, Habematolel Pomo of Upper Lake) |
| 2. | Letter from Commonwealth of Virginia State Corporation Commission, Bureau of Financial Institutions (Feb. 12, 2018) |
| 3. | Constitution of the Habematolel Pomo of Upper Lake |
| 4. | Portfolio Monthly Summary |
| 5. | TLE Dividend vs. Portfolio Retention |
| 6. | Tribal Lending Regulatory Ordinance (2011) |

| 7. | Tribal Lending Regulatory Ordinance (2015) |
|---|---|
| 8. | TLE Articles of Incorporation |
| 9. | Resolution 08-10-01 Approving Creation of TLE |
| 10. | Resolution No. 01-12-01 Waiving Sovereign Immunity |
| 11. | Silver Cloud Articles of Incorporation |
| 12. | Golden Valley Articles of Incorporation |
| 13. | Mountain Summit Articles of Incorporation |
| 14. | Majestic Lake Articles of Incorporation |
| 15. | Silver Cloud-Shannon Group Loan Agreement |
| 16. | Silver Cloud-Nagus Participation Agreement |
| 17. | Silver Cloud-Shannon-Nagus DACA Agreement |
| 18. | Silver Cloud-Edison Creek Participation Agreement |
| 19. | Silver Cloud-RM Partners Participation Agreement |
| 20. | Golden Valley-Shannon Loan Agreement |
| 21. | Golden Valley-Cobalt Hills Participation Agreement |
| 22. | Mountain Summit-Granite Holdings Participation Agreement |
| 23. | Mountain Summit-RTR Participation Agreement |
| 24. | Mountain Summit-Cherry Wood Participation Agreement |
| 25. | Resolution No. 7-12-04 Authorizing Sovereign Immunity Waiver |
| 26. | NPA LLC-Silver Cloud Services Agreement |
| 27. | Silver Cloud-Cyberclick Services Agreement |
| 28. | Resolution No. 10-13-16 Authorizing Cyberclick Services Agreement |
| 29. | ULPS Articles of Incorporation |
| 30. | ULPS-Golden Valley Intra-Tribal Services Agreement |
| 31. | ULPS-NPA LLC Asset Purchase Agreement |
| 32. | ULPS-NPA LLC Promissory Note |
| 33. | ULPS-NPA LLC Transition Services Agreement |
| 34. | HHI Articles of Incorporation |
| 35. | HHI-Brighton River Stock Purchase Agreement |
| 36. | Pomo One Articles of Incorporation |

| 37. | Pomo One-Cyberclick Bill of Sale Assignment |
|-----|---------------------------------------------|
| 38. | Cyberclick Unanimous Consent Dissolution |
| 39. | Pomo One-Mountain Summit Lead Agreement |
| 40. | Clear Lake TAC S Articles of Incorporation |
| 41. | Clear Lake TAC G Articles of Incorporation |
| 42. | Clear Lake TAC M Articles of Incorporation |
| 43. | Parental Acknowledgement Agreement |
| 44. | Clear Lake TAC S-Nagus Merger Agreement |
| 45. | Clear Lake TAC-Nagus Merger Promissory Note |
| 46. | Clear Lake TAC S-Vittor Promissory Note |
| 47. | Clear Lake TAC S-Creative Hills Holding Merger Promissory Note |
| 48. | Clear Lake TAC S Certificate of Dissolution |
| 49. | Clear Lake TAC G-NPA Inc. Merger Agreement |
| 50. | Clear Lake TAC G-Sunny Ridge Promissory Note |
| 51. | Clear Lake TAC G-NPA LLC Merger Promissory Note |
| 52. | Clear Lake TAC G Certificate of Dissolution |
| 53. | Clear Lake TAC M-Granite River Merger Agreement |
| 54. | Clear Lake TAC M-Oceanside Breeze Promissory Note |
| 55. | Clear Lake TAC M-RTR Merger Agreement |
| 56. | Clear Lake TAC M RTR Promissory Note |
| 57. | Clear Lake TAC M Certificate of Dissolution |
| 58. | Majestic Lake-Signal Light 2015 Promissory Note |
| 59. | Majestic Lake-Signal Light Participation Agreement |
| 60. | Majestic Lake Board Resolution No. 01-18-01 |
| 61. | Majestic Lake-Signal Light 2018 Promissory Note |
| 62. | TLE Poll Vote No. 02-01-2019 |
| 63. | TLE Poll Vote No. 08-05-2017 |
| 64. | TLE Poll Vote No. 02-02-2019 |
| 65. | TLE Poll Vote No. 02-03-2019 |
| 66. | TLE Poll Vote No. 06-01-2018 |

3

| 67. | TLE Poll Vote No. 07-01-18 |
|---|---|
| 68. | TLE Poll Vote No. 08-01-2017 |
| 69. | TLE Poll Vote No. 07-02-2018 |
| 70. | Majestic Lake Poll Vote 02-02-2019 |
| 71. | Majestic Lake Poll Vote No. 02-03-2019 |
| 72. | TLE Poll Vote 08-06-2017 |
| 73. | TLE Poll Vote No. 02-04-2019 |
| 74. | TLE Poll Vote No. 08-04-2017 |
| 75. | Silver Cloud Poll Vote 02-01-2019 |
| 76. | Golden Valley Poll Vote 02-01-2019 |
| 77. | Mountain Summit Poll Vote No. 02-01-2019 |
| 78. | Mountain Summit Poll Vote 02-02-2019 |
| 79. | TLE Poll Vote No. 02-07-2019 |
| 80. | TLE Poll Vote No. 07-03-2018 |
| 81. | ULPS 9/10/2013 Delegation of Authority Policy |
| 82. | TLE 10/19/2018 Delegation Policy |
| 83. | Steven Pike 8/2/2016 Loan Agreement |
| 84. | Sherry Blackburn 10/19/2015 Loan Agreement |
| 85. | Sherry Blackburn 1/7/2016 Loan Agreement |
| 86. | Sherry Blackburn 4/14/2016 Loan Agreement |
| 87. | Sherry Blackburn 5/23/2016 Loan Agreement |
| 88. | Elwood Bumbray 11/9/2017 Loan Agreement |
| 89. | George Hengle 9/12/2016 Loan Agreement |
| 90. | George Hengle 9/28/2016 Loan Agreement |
| 91. | George Hengle 10/24/2016 Loan Agreement |
| 92. | Tiffani Myers 7/19/2016 Loan Agreement |
| 93. | Tiffani Meyers 9/9/2016 Loan Agreement |
| 94. | Sue Collins 1/14/2016 Loan Agreement |
| 95. | Sue Collins 5/19/2016 Loan Agreement |
| 96. | Sue Collins 2/10/2017 Loan Agreement |

| 97. | Willie Rose 10/29/2016 Loan Agreement |
|---|---|
| 98. | Willie Rose 6/2/2017 Loan Agreement |
| 99. | Willie Rose 1/29/2018 Loan Agreement |
| 100. | Lawrence Mwethuku 7/29/2013 Loan Agreement |
| 101. | Lawrence Mwethuku Opt Out Letter |
| 102. | Decision and Order Re: Class Action Waiver and Enforcement of the Arbitration Agreement |
| 103. | Tribal Lending Regulatory Ordinance (2012) |
| 104. | NSFPD HPUL MOU 2018 |
| 105. | RAGA Tribal Presentation |
| 106. | Portfolio Financial Summary |
| 107. | Tribal Dividend Calculation |
| 108. | HPUL TLE Presentation |
| 109. | TEO 2018 Worksheet |
| 110. | 2018 Tribal Admin Budget vs. Expenditure |
| 111. | 2019 Tribal Admin Budget vs. Expenditure |