# EXHIBIT 105

# Government-To-Government Relationships
## States & Tribal Sovereign Nations

The Honorable Sherry Treppa, Habematolel Pomo of Upper Lake (California)

Mr. Jim Hopper, Otoe-Missouria (Oklahoma)

Mr. Joe Sarcinella, Chippewa Cree (Montana)

# Objectives

- **Tribal Governments desire a collaborative relationship with their State counterparts, specifically Attorneys General**
- **Open communication/information sharing reduces litigation and leads to positive outcomes**
- **Collaboration in support of shared causes and ideas**

# About Indian Country

- **573 federally-recognized tribal nations**
- **Tribes are domestic dependent nations:**
    - Nation Building;
    - Good Governance;
    - The Ability to Enact Laws and Be Governed By Them.
    
    *-New Mexico v. Mescalero Apache*
- **Tribal Sovereignty in many ways is analogous to State Sovereignty**
- **Unless Congress has abrogated Tribal sovereign autonomy, it continues without restriction**

# Tribal Economic Development

- **Unlike state and local government, tribes lack a tax base**
    - <u>No Property Tax</u>:  cannot collect on trust lands
    - <u>No Sales/Income Taxes</u>: not feasible when battling >70% unemployment
    - Double taxation issues w/states
- **Tribal governments must engage in tribally-owned enterprises to fund basic governmental functions**

## Our Goal: Building Long-Term Relationships

- **Government-to-Government Relationships**
    - Memorandums of Understanding
    - Information Sharing/Communication Agreements
    - Joint Amicus Briefs collaboration
- **Continuing Dialogue and Communication**
    - In-Person/In-State Meetings
    - State Attorneys General/Staff attendance at Tribal sponsored events
    - Regular RAGA Policy Meeting participation