# EXHIBIT 106

## Portfolio Financial Summary

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019* | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Golden Valley** | | | | | | | | | |
| Participants | $ (111,507.67) | $ 17,394,908.71 | $ 9,547,009.47 | $ - | $ - | $ - | $ - | $ - | $ 26,830,410.51 |
| Noteholders | | $ - | $ 5,139,948.94 | $ 16,180,688.88 | $ 17,499,603.75 | $ 14,053,603.75 | $ 19,599,564.93 | $ 5,876,589.76 | $ 78,350,000.01 |
| Tribal Assets | $ 293,981.94 | $ 1,212,551.80 | $ 6,763,854.80 | $ 5,323,454.97 | $ 3,347,770.50 | $ 7,417,306.19 | $ 2,375,242.36 | $ 4,164,818.93 | $ 30,898,981.49 |
| Total | $ 182,474.27 | $ 18,607,460.51 | $ 21,450,813.21 | $ 21,504,143.85 | $ 20,847,374.25 | $ 21,470,909.94 | $ 21,974,807.29 | $ 10,041,408.69 | $ 136,079,392.01 |
| | | | | | | | | | |
| Percentage Participants | 0.00% | 93.48% | 44.51% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 19.72% |
| Percentage Noteholders | 0.00% | 0.00% | 23.96% | 75.24% | 83.94% | 65.45% | 89.19% | 58.52% | 57.58% |
| Percentage Tribal Assets | 100.00% | 6.52% | 31.53% | 24.76% | 16.06% | 34.55% | 10.81% | 41.48% | 22.71% |
| | | | | | | | | | |
| **Silver Cloud** | | | | | | | | | |
| Participants | $ (221,547.81) | $ 8,197,708.45 | $ 5,474,822.54 | $ - | $ - | $ - | $ - | $ - | $ 13,450,983.18 |
| Noteholders | | $ - | $ 3,714,383.08 | $ 11,622,457.74 | $ 12,386,584.47 | $ 9,973,096.61 | $ 6,603,478.09 | $ - | $ 44,299,999.99 |
| Tribal Assets | $ (1,215,640.84) | $ 1,140,100.78 | $ 5,248,789.95 | $ 3,763,634.75 | $ 2,602,002.84 | $ 5,714,755.75 | $ 8,998,118.31 | $ 10,091,094.43 | $ 36,342,855.97 |
| Total | $ (1,437,188.65) | $ 9,337,809.23 | $ 14,437,995.57 | $ 15,386,092.49 | $ 14,988,587.31 | $ 15,687,852.36 | $ 15,601,596.40 | $ 10,091,094.43 | $ 94,093,839.14 |
| | | | | | | | | | |
| Percentage Participants | 0.00% | 87.79% | 37.92% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 14.30% |
| Percentage Noteholders | 0.00% | 0.00% | 25.73% | 75.54% | 82.64% | 63.57% | 42.33% | 0.00% | 47.08% |
| Percentage Tribal Assets | 0.00% | 12.21% | 36.35% | 24.46% | 17.36% | 36.43% | 57.67% | 100.00% | 38.62% |
| | | | | | | | | | |
| **Mountain Summit** | | | | | | | | | |
| Participants | | $ 843,052.63 | $ 2,147,182.21 | $ - | $ - | $ - | $ - | $ - | $ 2,990,234.84 |
| Noteholders | | $ - | $ 1,464,534.40 | $ 4,475,391.46 | $ 4,420,274.64 | $ 3,152,654.49 | $ 4,087,145.01 | $ - | $ 17,600,000.00 |
| Tribal Assets | | $ (857,540.85) | $ 2,118,993.08 | $ 1,390,010.08 | $ 1,044,410.58 | $ 2,288,380.90 | $ 1,942,687.31 | $ 2,925,252.08 | $ 10,852,193.18 |
| Total | | $ (14,488.22) | $ 5,730,709.69 | $ 5,865,401.54 | $ 5,464,685.22 | $ 5,441,035.39 | $ 6,029,832.32 | $ 2,925,252.08 | $ 31,442,428.02 |
| | | | | | | | | | |
| Percentage Participants | | 100.00% | 37.47% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 9.51% |
| Percentage Noteholders | | 0.00% | 25.56% | 76.30% | 80.89% | 57.94% | 67.78% | 0.00% | 55.98% |
| Percentage Tribal Assets | | 0.00% | 36.98% | 23.70% | 19.11% | 42.06% | 32.22% | 100.00% | 34.51% |
| | | | | | | | | | |
| **Majestic Lake** | | | | | | | | | |
| Participant | | $ - | $ - | $ (2,465,789.94) | $ 5,907,049.90 | $ 2,916,948.12 | $ - | $ - | $ 6,358,208.08 |
| Noteholder | | $ - | $ - | $ - | $ - | $ - | $ 5,866,666.63 | $ 2,733,333.37 | $ 8,600,000.00 |
| Tribal Assets | | $ - | $ - | $ 981,010.38 | $ 990,129.01 | $ 3,373,924.17 | $ 4,948,587.32 | $ 3,619,360.65 | $ 13,913,011.53 |
| Total | | $ - | $ - | $ (1,484,779.56) | $ 6,897,178.91 | $ 6,290,872.29 | $ 10,815,253.95 | $ 6,352,694.02 | $ 28,871,219.61 |
| | | | | | | | | | |
| Percentage Participant | | | | 0.00% | 85.64% | 46.37% | 0.00% | 0.00% | 22.02% |
| Percentage Noteholder | | | | 0.00% | 0.00% | 0.00% | 54.24% | 43.03% | 29.79% |
| Percentage Tribal Assets | | | | 100.00% | 14.36% | 53.63% | 45.76% | 56.97% | 48.19% |
| | | | | | | | | | |
| **All Portfolios** | | | | | | | | | |
| Participants | $ (333,055.48) | $ 26,435,669.79 | $ 17,169,014.22 | $ (2,465,789.94) | $ 5,907,049.90 | $ 2,916,948.12 | $ - | $ - | $ 49,629,836.61 |
| Noteholders | $ - | $ - | $ 10,318,866.42 | $ 32,278,538.08 | $ 34,306,462.86 | $ 27,179,354.85 | $ 36,156,854.66 | $ 8,609,923.13 | $ 148,850,000.00 |
| Tribal Assets | $ (921,658.90) | $ 1,495,111.73 | $ 14,131,637.83 | $ 11,458,110.18 | $ 7,984,312.93 | $ 18,794,367.01 | $ 18,264,635.30 | $ 20,800,526.09 | $ 92,007,042.17 |
| Total | $ (1,254,714.38) | $ 27,930,781.52 | $ 41,619,518.47 | $ 41,270,858.32 | $ 48,197,825.69 | $ 48,890,669.98 | $ 54,421,489.96 | $ 29,410,449.22 | $ 290,486,878.78 |
| | | | | | | | | | |
| Percentage Participants | 0.00% | 94.65% | 41.25% | -5.97% | 12.26% | 5.97% | 0.00% | 0.00% | 17.09% |
| Percentage Noteholders | 0.00% | 0.00% | 24.79% | 78.21% | 71.18% | 55.59% | 66.44% | 29.28% | 51.24% |
| Percentage Tribal Assets | 0.00% | 5.35% | 33.95% | 27.76% | 16.57% | 38.44% | 33.56% | 70.72% | 31.67% |

ULPS

## Portfolio Financial Summary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tribal Assets | $ | - | $ 628,275.84 | $ 1,657,167.53 | $ 2,726,719.81 | $ 2,545,890.47 | $ 2,341,329.06 | $ 901,244.61 | $ 128,397.68 | $ 10,929,025.00 |
| POM | | | | | | | | | | |
| Tribal Assets | $ | - | $ - | $923,267.29 | $ 2,870,597.04 | $ 1,467,663.17 | $ 1,623,318.23 | $ 4,311,376.07 | $ 601,578.02 | $ 11,797,799.82 |
| | | | | | | | | | | |
| **Total Financial Impact** | | | | | | | | | | |
| Participants | $ | (333,055.48) | $ 26,435,669.79 | $ 17,169,014.22 | $ (2,465,789.94) | $ 5,907,049.90 | $ 2,916,948.12 | $ - | $ - | $ 49,629,836.61 |
| Noteholders | $ | - | $ - | $ 10,318,866.42 | $ 32,278,538.08 | $ 34,306,462.86 | $ 27,179,354.85 | $ 36,156,854.66 | $ 8,609,923.13 | $ 148,850,000.00 |
| Tribal Assets | $ | (921,658.90) | $ 2,123,387.57 | $ 16,712,072.65 | $ 17,055,427.03 | $ 11,997,866.57 | $ 22,759,014.30 | $ 23,477,255.98 | $ 21,530,501.79 | $ 114,733,866.99 |
| Total | $ | (1,254,714.38) | $ 28,559,057.36 | $ 44,199,953.29 | $ 46,868,175.17 | $ 52,211,379.33 | $ 52,855,317.27 | $ 59,634,110.64 | $ 30,140,424.92 | $ 313,213,703.60 |
| | | | | | | | | | | |
| Percentage Participants | | 0.00% | 92.56% | 38.84% | -5.26% | 11.31% | 5.52% | 0.00% | 0.00% | 15.85% |
| Percentage Noteholders | | 0.00% | 0.00% | 23.35% | 68.87% | 65.71% | 51.42% | 60.63% | 28.57% | 47.52% |
| Percentage Tribal Assets | | 0.00% | 7.44% | 37.81% | 36.39% | 22.98% | 43.06% | 39.37% | 71.43% | 36.63% |

*data only available through May 31, 2019