# EXHIBIT 111

HABEMATOLEL POMO OF UPPER LAKE
FISCAL YEAR 2015 TRIBAL ALLOCATION BUDGET VS EXPENDITURES
(NON FEDERALLY FUNDED PROGRAMS)

**OVERALL TRIBALLY FUNDED PROGRAM BUDGET**

| EDUCATION DEPARTMENT | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Amount Spent to date | Balance Remaining | % of Fund Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (FOR FULL DETAILED BUDGET SEE TAB 2) | | | | | | | | | | | | | | | | |
| PERSONNEL | $ 145,384.00 | $ 10,932.09 | $ 9,777.52 | $ 12,228.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 32,938.41 | $ 112,445.59 | 77.34% |
| PROGRAM COSTS | $ 41,100.00 | $ 1,825.76 | $ 2,883.59 | $ 3,180.17 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,889.52 | $ 33,210.48 | 80.80% |
| TRIBAL EDUCATIONAL PROGRAMS | $ 56,000.00 | $ 905.00 | $ 2,496.49 | $ 3,572.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,974.44 | $ 49,025.56 | 87.55% |
| ADVANCEMENT PROGRAMS | $ 36,000.00 | $ 4,000.00 | $ 10,500.00 | $ 1,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,500.00 | $ 20,500.00 | 56.94% |
| ED CENTER INCENTIVE PROGRAMS | $ 3,450.00 | $ 30.00 | $ 24.21 | $ 30.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 84.21 | $ 3,365.79 | 97.56% |
| LITERACY PROGRAMS | $ 500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500.00 | 100.00% |
| YOUTH PROGRAM | $ 6,140.51 | $ - | $ - | $ 835.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 835.00 | | |
| ADULT APPRENTICE PROGRAM | $ 2,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500.00 | |
| **EDUCATION DEPARTMENT TOTAL** | $ 326,074.51 | $ 17,692.85 | $ 25,681.81 | $ 20,846.92 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 64,221.58 | $ 261,852.93 | 80.30% |
| **SCHOLARSHIPS** | | | | | | | | | | | | | | | | |
| (FOR FULL DETAILED BUDGET SEE TAB 3) | | | | | | | | | | | | | | | | |
| SEVEN GENERATIONS SCHOLARSHIP | $ 150,000.00 | $ 3,185.69 | $ 24,853.83 | $ 1,743.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,783.29 | $ 120,216.71 | 80.14% |
| **SCHOLARSHIP TOTAL** | $ 150,000.00 | $ 3,185.69 | $ 24,853.83 | $ 1,743.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,783.29 | $ 120,216.71 | 80.14% |
| **DIRECT MEMBER SERVICES** | | | | | | | | | | | | | | | | |
| (FOR FULL PROGRAM DETAILS SEE TAB 4) | | | | | | | | | | | | | | | | |
| EXPANDED HONORED ELDERS PROGRAM | $ 138,000.00 | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 31,500.00 | $ 106,500.00 | 77.17% |
| EXPANDED HOUSING SERVICES | $ 175,000.00 | $ 6,078.00 | $ 10,473.89 | $ 21,524.99 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 38,076.88 | $ 136,923.12 | 78.24% |
| YEAR GENERAL WELFARE/JOB INCENTIVE STIMULUS (YEAR ONE OF TWO YEAR TRIAL) | $ 550,000.00 | $ - | $ - | $ 26,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,500.00 | $ 523,500.00 | 95.18% |
| FUNERAL ASSISTANCE | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| PERMANETLEY DISABLED PROGRAM | $ 30,000.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,400.00 | $ 24,600.00 | 82.00% |
| CHARITY AWARD PROGRAM | $ 10,000.00 | $ - | $ - | $ 2,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500.00 | $ 7,500.00 | 75.00% |
| EMERGENCY RELIEF FOR HOUSING AND MEDICAL EXPENSES (TO REPLACE SASSP) | $ 191,000.00 | $ 45,169.31 | $ 27,899.59 | $ 24,415.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 97,483.94 | $ 93,516.06 | 48.96% |
| **DIRECT MEMBER SERVICES TOTAL** | $ 1,119,000.00 | $ 63,547.31 | $ 50,673.48 | $ 87,240.03 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 201,460.82 | $ 917,539.18 | 82.00% |
| **CULTURAL** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION OF PROGRAMS SEE TAB 5) | | | | | | | | | | | | | | | | |
| CULTURAL LIAISONS (CONTRACT POSITIONS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| BIG TIME | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000.00 | 100.00% |
| REGALIA DANCE GROUP | $ 4,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,000.00 | 100.00% |
| PARTICIPATION IN ANNUAL TULE BOAT FESTIVAL | $ 5,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,000.00 | |
| TRIBAL GATHERING | $ 10,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,000.00 | 100.00% |
| MISCELLANOUS CULTURAL | $ 3,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,000.00 | 100.00% |
| TRIBAL MEETING EXPENSES | $ 15,000.00 | $ - | $ - | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 200.00 | $ 14,800.00 | 98.67% |
| TRIBAL UNITY TRIPS | $ 25,000.00 | $ 5,081.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,081.00 | $ 19,919.00 | 79.68% |
| VOLUNTEER/ELDER ACKNOWLEDGEMENTS | $ 7,500.00 | $ 28.15 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28.15 | $ 7,471.85 | 99.62% |
| **CULTURAL TOTAL** | $ 84,500.00 | $ 5,109.15 | $ - | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,309.15 | $ 79,190.85 | 93.72% |
| **ADMINISTRATIVE** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION AND BUDGETS SEE TAB 6) | | | | | | | | | | | | | | | | |
| COMMITTEE EXPENSES | $ 100,000.00 | $ 4,537.07 | $ 6,864.07 | $ 1,722.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,123.28 | $ 86,876.72 | 86.88% |
| TRIBAL WORK CREW/LABOR FORCE | $ 241,400.00 | $ 14,902.30 | $ 10,087.55 | $ 11,869.36 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36,859.21 | $ 204,540.79 | 84.73% |
| COMMUNITY DONATIONS (NON TRIBAL) | $ 20,000.00 | $ 2,050.00 | $ 856.51 | $ 1,720.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,626.51 | $ 15,373.49 | 76.87% |
| TRIBAL SEMINARS | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000.00 | 100.00% |
| GRANT PARTICIPATION EXPENSES | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| ADMIN SUPPLEMENTAL STAFF | $ 150,000.00 | $ 6,893.15 | $ 6,315.52 | $ 7,731.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 20,939.71 | $ 129,060.29 | 86.04% |
| COMMUNITY EVENTS | $ 15,000.00 | $ 553.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 553.84 | $ 14,446.16 | 96.31% |
| RESERVE | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| **ADMINISTRATIVE TOTAL** | $ 591,400.00 | $ 28,936.36 | $ 24,123.65 | $ 23,042.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 76,102.55 | $ 515,297.45 | 87.13% |
| **TRIBAL PROGRAMS** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION AND BUDGETS SEE TAB 7) | | | | | | | | | | | | | | | | |
| INDIRECT COST SHORT FALL | $ 300,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 300,000.00 | 100.00% |
| GARDEN PROJECT | $ 20,000.00 | $ - | $ 720.00 | $ 180.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 900.00 | $ 19,100.00 | 95.50% |
| TRIBAL LAND MANAGEMENT | $ 120,000.00 | $ 4,598.20 | $ 6,954.87 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,553.07 | $ 108,446.93 | 90.37% |
| EC COMMUNICATIONS REIMB | $ 16,800.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,800.00 | 100.00% |
| FLOWER FUND | $ 4,000.00 | $ 119.63 | $ - | $ 119.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 239.26 | $ 3,760.74 | 94.02% |
| FISCAL SOFTWARE UPGRADE AND TRAINING | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | #DIV/0! |
| TRANSPORTATION SUPPLEMENTAL FUNDING | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| ICWA SUPPLEMENTAL FUNDING | $ 68,000.00 | $ 1,110.00 | $ 7,345.26 | $ 18,159.23 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,614.49 | $ 41,385.51 | 60.86% |
| TGC SUPPLEMENTAL FUNDING | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 100,000.00 | 100.00% |
| EVENT CENTER EXPENSES | $ 25,000.00 | $ 2,033.62 | $ 1,133.98 | $ 1,552.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,719.71 | $ 20,280.29 | 81.12% |
| **TRIBAL PROGRAMS TOTAL** | $ 678,800.00 | $ 7,861.45 | $ 16,154.11 | $ 20,010.97 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44,026.53 | $ 634,773.47 | 93.51% |
| **TOTAL** | $ 2,949,774.51 | $ 97,396.45 | $ 117,363.23 | $ 130,041.69 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 420,903.92 | $ 2,528,870.59 | 85.73% |

SEVEN GENERATIONS SCHOLARSHIP

| LAST NAME | FIRST NAME | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | AMOUNT AWARDED FY TODATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVARADO-RAY | SONIA | | $ 8,000.00 | | | | | | | | | | | $ 8,000.00 |
| AMAVISCA | RACHEL | | $ 1,750.00 | | | | | | | | | | | $ 1,750.00 |
| ARROYO | JAY | | $ 527.25 | | | | | | | | | | | $ 527.25 |
| BURNETT | ABIGAIL | | $ 5,000.00 | | | | | | | | | | | $ 5,000.00 |
| BURNETT | ELEANOR | | $ 155.00 | | | | | | | | | | | $ 155.00 |
| DUNCAN | TREY | | $ 274.12 | | | | | | | | | | | $ 274.12 |
| HOLSTINE | AARON | $ 452.10 | | | | | | | | | | | | $ 452.10 |
| ICAY | SAMUEL | $ 2,500.00 | | | | | | | | | | | | $ 2,500.00 |
| MARCKS | NYA | $ 233.59 | | | | | | | | | | | | $ 233.59 |
| MARCKS | LEYLA | | $ 100.00 | $ 180.71 | | | | | | | | | | $ 280.71 |
| MARCKS | MICHAEL F | | | $ 250.63 | | | | | | | | | | $ 250.63 |
| MARCKS | JACK | | | $ 117.19 | | | | | | | | | | $ 117.19 |
| MARCKS II | JACQUELINE | | | $ 195.24 | | | | | | | | | | $ 195.24 |
| MCTIGUE | CALLIE | | $ 500.00 | | | | | | | | | | | $ 500.00 |
| MCTIGUE | TAYLOR | | $ 1,000.00 | | | | | | | | | | | $ 1,000.00 |
| MCTIGUE | BLAKE | | $ 1,000.00 | | | | | | | | | | | $ 1,000.00 |
| MORRISON, JR | JOAQUIN | | $ 2,500.00 | | | | | | | | | | | $ 2,500.00 |
| PARAJON | MAKAYLA | | $ 2,500.00 | | | | | | | | | | | $ 2,500.00 |
| PARAJON | MAKENZIE | | $ 590.16 | | | | | | | | | | | $ 590.16 |
| PICTON | JOSEPH | | $ 957.30 | | | | | | | | | | | $ 957.30 |
| SNOW | NOBALIE | | | $ 1,000.00 | | | | | | | | | | $ 1,000.00 |
| SCHOLARSHIP TOTAL | | $ 3,185.69 | $ 24,853.83 | $ 1,743.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,783.29 |

REC AS OF 3/31/19

Transfers in

| BUDGET TRACKING | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | TOTAL AMOUNT AWARDED | BALANCE REMAINING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 FUNDING | $ 150,000.00 | $ 3,185.69 | $ 24,853.83 | $ 1,743.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,783.29 | $ 120,216.71 |

| EDUCATION DEPARTMENT | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Total Amount Spent Year to Date | Balance Remaining | % of Budget remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STAFF** | | | | | | | | | | | | | | | | |
| EDUCATION DIRECTOR | $ 50,700.00 | $ 3,779.20 | $ 3,805.79 | $ 4,918.87 | | | | | | | | | | $ 12,503.86 | $ 38,196.14 | 75.34% |
| EDUCATION COORDINATORS | $ 36,950.00 | $ 2,811.13 | $ 2,747.19 | $ 3,420.65 | | | | | | | | | | $ 8,978.97 | $ 27,971.03 | 75.70% |
| EDUCATION ASSISTANT | $ 20,550.00 | $ 1,599.80 | $ 1,489.60 | $ 2,036.80 | | | | | | | | | | $ 5,126.20 | $ 15,423.80 | |
| AMERICORP TUTORS | $ 10,500.00 | $ - | $ - | $ - | | | | | | | | | | $ - | $ 10,500.00 | 100.00% |
| MEDICAL BENEFITS | $ 12,000.00 | $ 1,883.24 | $ 941.62 | $ 941.62 | | | | | | | | | | $ 3,766.48 | $ 8,233.52 | 68.61% |
| EMPLOYMENT TAXES | $ 12,984.00 | $ 858.72 | $ 793.32 | $ 910.86 | | | | | | | | | | $ 2,562.90 | $ 10,421.10 | 80.26% |
| WORKMAN'S COMP INSU | $ 1,700.00 | | | $ - | | | | | | | | | | $ - | $ 1,700.00 | 100.00% |
| STAFF TOTAL | $ 145,384.00 | $ 10,932.09 | $ 9,777.52 | $ 12,228.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 32,938.41 | $ 112,445.59 | 77.34% |
| **PROGRAM COSTS** | | | | | | | | | | | | | | | | |
| EDUCATIONAL SUPPLIES | $ 3,500.00 | $ 146.68 | $ 1,021.84 | $ 304.26 | | | | | | | | | | $ 1,472.78 | $ 2,027.22 | 57.92% |
| BACKGROUND CHECKS | $ 100.00 | | | | | | | | | | | | | $ - | $ 100.00 | 100.00% |
| TRAVEL MILEAGE | $ 2,500.00 | $ 139.20 | $ 115.42 | $ 217.15 | | | | | | | | | | $ 471.77 | $ 2,028.23 | 81.13% |
| OUTREACH PROGRAMS | $ 3,500.00 | $ 200.00 | $ (24.46) | $ 480.00 | | | | | | | | | | $ 655.54 | $ 2,844.46 | 81.27% |
| SUMMER PROGRAM | $ 6,500.00 | $ 34.90 | | | | | | | | | | | | $ 34.90 | $ 6,465.10 | 99.46% |
| FACILITY CHARGES RENT PGE ETC | $ 25,000.00 | $ 1,304.98 | $ 1,770.79 | $ 2,178.76 | | | | | | | | | | $ 5,254.53 | $ 19,745.47 | 0.00% |
| PROGRAM TOTAL | $ 41,100.00 | $ 1,825.76 | $ 2,883.59 | $ 3,180.17 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,889.52 | $ 33,210.48 | 80.80% |
| **EDUCATIONAL PROGRAMS** | | | | | | | | | | | | | | | | |
| BACK TO SCHOOL GIFT CARDS | $ 7,000.00 | | | | | | | | | | | | | $ - | $ 7,000.00 | 0.00% |
| BACK TO SCHOOL CLOTHING ALLOWANCE | $ 24,000.00 | $ 100.00 | $ 450.00 | $ 850.00 | | | | | | | | | | $ 1,400.00 | $ 22,600.00 | 0.00% |
| HONORS GRADE INCENTIVE | $ 5,000.00 | $ 396.00 | $ 290.00 | $ 396.00 | | | | | | | | | | $ 1,082.00 | $ 3,918.00 | 0.00% |
| TUTORING REIMB PROGRAM & COLLEGE BOUND | $ 20,000.00 | $ 409.00 | $ 1,756.49 | $ 2,326.95 | | | | | | | | | | $ 4,492.44 | $ 15,507.56 | 0.00% |
| EDUCATIONAL PROGRAM TOTAL | $ 56,000.00 | $ 905.00 | $ 2,496.49 | $ 3,572.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,974.44 | $ 49,025.56 | $ - |
| **ADVANCEMENT PROGRAMS** | | | | | | | | | | | | | | | | |
| ADVANCEMENT INCENTIVES | $ 30,000.00 | $ 4,000.00 | $ 10,500.00 | $ 1,000.00 | | | | | | | | | | $ 15,500.00 | $ 14,500.00 | 48.33% |
| LEADERSHIP TRAINING TRIP | $ 6,000.00 | | | | | | | | | | | | | $ - | $ 6,000.00 | 100.00% |
| ADVANCEMENT TOTAL | $ 36,000.00 | $ 4,000.00 | $ 10,500.00 | $ 1,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,500.00 | $ 20,500.00 | 56.94% |
| **EDUCATION CENTER INCENTIVE PROGRAMS** | | | | | | | | | | | | | | | | |
| OVERACHIEVERS PROGRAM | $ 2,200.00 | $ 30.00 | $ 24.21 | $ 30.00 | | | | | | | | | | $ 84.21 | $ 2,115.79 | 96.17% |
| WRITING AND PHONICS PROGRAM | $ 1,250.00 | | | | | | | | | | | | | $ - | $ 1,250.00 | 100.00% |
| INCENTIVE PROGRAMS | $ 3,450.00 | $ 30.00 | $ 24.21 | $ 30.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 84.21 | $ 3,365.79 | 97.56% |
| **MISCELLANEOUS PROGRAMS** | | | | | | | | | | | | | | | | |
| LITERACY TASK FORCE 5> YEAR OLD | $ 500.00 | $ - | | | | | | | | | | | | $ - | $ 500.00 | 100.00% |
| YOUTH PROGRAM | $ 6,140.51 | | | $ 835.00 | | | | | | | | | | $ 835.00 | $ 5,305.51 | |
| YOUTH APPRENTICE PROGRAM | $ 35,000.00 | $ - | | | | | | | | | | | | $ - | $ 35,000.00 | 100.00% |
| ADULT INTERNSHIP REHABLILTATION PROGRAM | $ 2,500.00 | $ - | | | | | | | | | | | | $ - | $ 2,500.00 | |
| MISCELLANOUS TOTAL | $ 44,140.51 | $ - | $ - | $ 835.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 835.00 | $ 43,305.51 | 98.11% |
| **2018 EDUCATION GRAND TOTAL** | $ 326,074.51 | $ 17,692.85 | $ 25,681.81 | $ 20,846.92 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 64,221.58 | $ 261,852.93 | 80.30% |

rec 3-31-2019

Transfers In

| Direct Member Services | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Total Amount Spent Year to Date | Balance Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXPANDED HONORED ELDERS PROGRAM | $ 138,000.00 | $ 10,500.00 | 10,500.00 | 10,500.00 | | | | | | | | | | $ 31,500.00 | 22.83% |
| EXPANDED HOUSING SERVICES | $ 175,000.00 | $ 6,078.00 | $ 10,473.89 | $ 21,524.99 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 38,076.88 | 21.76% |
| Expanded Rental Assistance | $ 85,000.00 | | 2,100.00 | 6,754.99 | | | | | | | | | | | |
| Home Buyers Down Payment Assistance | $ 20,000.00 | | | 10,000.00 | | | | | | | | | | | |
| Emergency Utility Assistance | $ 5,000.00 | $ 600.00 | 600.00 | | | | | | | | | | | | |
| Emergency Rehabilitation Assistance | $ 35,500.00 | $ 5,478.00 | 6,573.89 | 3,570.00 | | | | | | | | | | | |
| Gymnastics Program | $ 14,500.00 | | 1,200.00 | 1,200.00 | | | | | | | | | | | |
| ADA Rehabilitation Assistance | $ 15,000.00 | | | | | | | | | | | | | | |
| YEAR GENERAL WELFARE/JOB INCENTIVE STIMULUS (YEAR ONE OF TWO YEAR TRIAL) | $ 550,000.00 | | | 26,500.00 | | | | | | | | | | $ 26,500.00 | 4.82% |
| FUNERAL ASSISTANCE | $ 25,000.00 | | | | | | | | | | | | | $ - | 21.60% |
| PERMANETLEY DISABLED PROGRAM | $ 30,000.00 | $ 1,800.00 | 1,800.00 | 1,800.00 | | | | | | | | | | $ 5,400.00 | |
| CHARITY AWARD PROGRAM | $ 10,000.00 | | | 2,500.00 | | | | | | | | | | $ 2,500.00 | 25.00% |
| EMERGENCY RELIEF FOR HOUSING AND MEDICAL EXPENSES (TO REPLACE SASSP) | $ 191,000.00 | $ 45,169.31 | 27,899.59 | 24,415.04 | | | | | | | | | | $ 97,483.94 | 51.04% |
| **DIRECT MEMBER SERVICE TOTAL** | $ 1,119,000.00 | $ 63,547.31 | $ 50,673.48 | $ 87,240.03 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 201,460.82 | 18.00% |

rec 03-31-2019

Transfers In

| CULTURAL | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Total Amount Spent Year to Date | Balance Remaining | % of Budget remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIG TIME | $ 15,000.00 | | | | | | | | | | | | | $ - | $15,000.00 | 0.00% |
| REGALIA DANCE GROUP | $ 4,000.00 | | | | | | | | | | | | | $ - | $ 4,000.00 | |
| PARTICIPATION IN ANNUAL TULE BOAT FESTIVAL | $ 5,000.00 | | | | | | | | | | | | | $ - | $ 5,000.00 | |
| TRIBAL GATHERING | $ 10,000.00 | | | | | | | | | | | | | $ - | $10,000.00 | 0.00% |
| MISCELLANOUS CULTURAL | $ 3,000.00 | | | | | | | | | | | | | $ - | $ 3,000.00 | |
| TRIBAL UNITY TRIPS | $ 25,000.00 | $ 5,081.00 | | | | | | | | | | | | $ 5,081.00 | $19,919.00 | 20.32% |
| TRIBAL MTGS | $ 15,000.00 | | | $ 200.00 | | | | | | | | | | $ 200.00 | $14,800.00 | |
| VOLUNTEER/ELDER ACKNOWLEDGEMENTS | $ 7,500.00 | $ 28.15 | | | | | | | | | | | | $ 28.15 | $ 7,471.85 | 0.38% |
| CULTURAL TOTAL | $ 84,500.00 | $ 5,109.15 | $ - | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,309.15 | $79,190.85 | 6.28% |

rec 03-31-2019

Transfers in

| ADMINISTRATION | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Total Amount Spent Year to Date | Balance Remaining | % of Budget remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMITTEE EXPENSES | $ 100,000.00 | $ 4,537.07 | $ 6,864.07 | $ 1,722.14 | | | | | | | | | | $ 13,123.28 | $ 86,876.72 | 86.88% |
| TRIBAL WORK CREW LABOR FORCE | $ 241,400.00 | $14,902.30 | $ 10,087.55 | $11,869.36 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36,859.21 | $204,540.79 | 84.73% |
| 5-FT Work Crew | $ 170,000.00 | $ 11,714.76 | $ 8,254.00 | $ 10,406.56 | | | | | | | | | | | | |
| 3-PT Work Crew | $ - | | | | | | | | | | | | | | | |
| Medical Benefits for FT | $ 30,000.00 | $ 1,909.56 | $ 2.80 | $ 478.79 | | | | | | | | | | | | |
| Employement Taxes | $ 20,400.00 | $ 1,229.02 | $ 812.57 | $ 912.91 | | | | | | | | | | | | |
| Workmans Comp Insurance | $ 8,500.00 | | | | | | | | | | | | | | | |
| Tools & Supplies | $ 5,000.00 | | $ 1,018.18 | $ 55.29 | | | | | | | | | | | | |
| Clean up & Amnesty Expenses | $ 5,000.00 | | | $ 15.81 | | | | | | | | | | | | |
| Misc. | $ 2,500.00 | $ 48.96 | | | | | | | | | | | | | | |
| COMMUNITY DONATIONS | $ 20,000.00 | $ 2,050.00 | $ 856.51 | $ 1,720.00 | | | | | | | | | | $ 4,626.51 | $ 15,373.49 | 76.87% |
| TRIBAL SEMINARS | $ 15,000.00 | | | | | | | | | | | | | $ - | $ 15,000.00 | |
| GRANT PARTICIPATION EXPENSES | $ 25,000.00 | | | | | | | | | | | | | $ - | $ 25,000.00 | 100.00% |
| ADMIN SUPPLEMENTAL PESONNEL | $ 150,000.00 | $ 6,893.15 | $ 6,315.52 | $ 7,731.04 | | | | | | | | | | $ 20,939.71 | $129,060.29 | 86.04% |
| COMMUNITY EVENTS | $ 15,000.00 | $ 553.84 | | | | | | | | | | | | $ 553.84 | $ 14,446.16 | 96.31% |
| RESERVE | $ 25,000.00 | | | | | | | | | | | | | $ - | $ 25,000.00 | 100.00% |
| **ADMINISTRATIVE TOTAL** | $ 591,400.00 | $28,936.36 | $ 24,123.65 | $23,042.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 76,102.55 | $515,297.45 | 87.13% |

rec 03-31-2019

| | | $14,034.06 | $ 14,036.10 | | |
|---|---|---|---|---|---|

Transfers in
Other funding
Total income

| MISCELLANOUS TRIBAL | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Total Amount Spent Year to Date | Balance Remaining | % of Budget remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDIRECT COST SHORT FALL | $ 300,000.00 | $ - | | $ - | | | | | | | | | | $ - | $ 300,000.00 | 100.00% |
| GARDEN PROJECT | $ 20,000.00 | $ - | $ 720.00 | $ 180.00 | | | | | | | | | | $ 900.00 | $ 19,100.00 | 95.50% |
| TRIBAL LAND MANAGEMENT | $ 120,000.00 | $ 4,598.20 | $ 6,954.87 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,553.07 | $ 108,446.93 | 90.37% |
| *Water Operator* | | $ 2,353.52 | $ 2,365.20 | | | | | | | | | | | $ 4,718.72 | | |
| *Grounds Keeper* | | $ 1,785.00 | $ 1,822.50 | | | | | | | | | | | $ 3,607.50 | | |
| *Employment Taxes* | | $ 433.95 | $ 413.52 | | | | | | | | | | | $ 847.47 | | |
| *Workmans Comp Insurance* | | | | | | | | | | | | | | $ - | | |
| *Repairs/Improvements to Systems* | | | | | | | | | | | | | | $ - | | |
| *Misc (includeing cultrual contractor* | | | $ 1,920.00 | | | | | | | | | | | $ 1,920.00 | | |
| *Supplies/Travel & Training* | | $ 25.73 | $ 433.65 | | | | | | | | | | | $ 459.38 | | |
| EC COMMUNICATIONS REIMB | $ 16,800.00 | $ - | $ - | $ - | | | | | | | | | | $ - | $ 16,800.00 | 100.00% |
| FLOWER FUND | $ 4,000.00 | $ 119.63 | $ - | $ 119.63 | | | | | | | | | | $ 239.26 | $ 3,760.74 | |
| FISCAL SOFTWARE UPGRADES/TRAINING | $ - | $ - | $ - | $ - | | | | | | | | | | $ - | $ - | #DIV/0! |
| TRANSPORTATION PROGRAM SUPPLEMENTAL FUNDING | $ 25,000.00 | $ - | $ - | $ - | | | | | | | | | | $ - | $ 25,000.00 | 100.00% |
| ICWA SUPPLEMENTAL FUNDING | $ 68,000.00 | $ 1,110.00 | $ 7,345.26 | $ 18,159.23 | | | | | | | | | | $ 26,614.49 | $ 41,385.51 | 60.86% |
| TGC SUPPLEMENTAL FUNDING | $ 100,000.00 | $ - | | | | | | | | | | | | $ - | $ 100,000.00 | |
| 9460 EVENT CENTER EXPENSES | $ 25,000.00 | $ 2,033.62 | $ 1,133.98 | $ 1,552.11 | | | | | | | | | | $ 4,719.71 | $ 20,280.29 | 81.12% |
| **ADMINISTRATIVE TOTAL** | $ 678,800.00 | $ 7,861.45 | $ 16,154.11 | $ 20,010.97 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44,026.53 | $ 634,773.47 | 93.51% |
| | | $ 3,263.25 | $ 9,199.24 | $ 20,010.97 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | |

Transfers in
Other funding
Total income

**OVERALL TRIBALLY FUNDED PROGRAM BUDGET**

| EDUCATION DEPARTMENT | 2019 Approved Budget | January-19 | February-19 | March-19 | April-19 | May-19 | June-19 | July-19 | August-19 | September-19 | October-19 | November-19 | December-19 | Amount Spent to date | Balance Remaining | % of Fund Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (FOR FULL DETAILED BUDGET SEE TAB 2) | | | | | | | | | | | | | | | | |
| PERSONNEL | $ 145,384.00 | $ - | $ 9,777.52 | $ 12,228.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 22,006.32 | $ 123,377.68 | 84.86% |
| PROGRAM COSTS | $ 41,100.00 | $ - | $ 2,883.59 | $ 3,180.17 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,063.76 | $ 35,036.24 | 85.25% |
| TRIBAL EDUCATIONAL PROGRAMS | $ 56,000.00 | $ - | $ 2,496.49 | $ 3,572.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,069.44 | $ 49,930.56 | 89.16% |
| ADVANCEMENT PROGRAMS | $ 36,000.00 | $ - | $ 10,500.00 | $ 1,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,500.00 | $ 24,500.00 | 68.06% |
| ED CENTER INCENTIVE PROGRAMS | $ 3,450.00 | $ - | $ 24.21 | $ 30.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 54.21 | $ 3,395.79 | 98.43% |
| LITERACY PROGRAMS | $ 500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500.00 | 100.00% |
| APPRENTICE PROGRAM | $ 35,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 35,000.00 | 100.00% |
| ADULT APPRENTENCE PROGRAM | $ 2,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | | | | | | | | $ 2,500.00 | |
| EDUCATION DEPARTMENT TOTAL | $ 319,934.00 | $ - | $ 25,681.81 | $ 185,095.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 45,693.73 | $ 274,240.27 | 85.72% |
| **SCHOLARSHIPS** | | | | | | | | | | | | | | | | |
| (FOR FULL DETAILED BUDGET SEE TAB 3) | | | | | | | | | | | | | | | | |
| SEVEN GENERATIONS SCHOLARSHIP | $ 150,000.00 | $ - | $ 24,853.83 | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 124,853.83 | $ 25,146.17 | 16.76% |
| SCHOLARSHIP TOTAL | $ 150,000.00 | $ - | $ 24,853.83 | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 124,853.83 | $ 25,146.17 | 16.76% |
| **DIRECT MEMBER SERVICES** | | | | | | | | | | | | | | | | |
| (FOR FULL PROGRAM DETAILS SEE TAB 4) | | | | | | | | | | | | | | | | |
| EXPANDED HONORED ELDERS PROGRAM | $ 138,000.00 | $ - | $ 10,500.00 | $ 10,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 31,500.00 | $ 106,500.00 | 77.17% |
| EXPANDED HOUSING SERVICES | $ 175,000.00 | $ - | $ 10,473.89 | $ 75,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 85,473.89 | $ 89,526.11 | 51.16% |
| YEAR GENERAL WELFARE/JOB INCENTIVE STIMULUS (YEAR ONE OF TWO YEAR TRIAL) | $ 550,000.00 | $ - | $ - | $ 26,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,500.00 | $ 523,500.00 | 95.18% |
| FUNERAL ASSISTANCE | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| PERMANETLEY DISABLED PROGRAM | $ 30,000.00 | $ - | $ 1,800.00 | $ 1,800.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,600.00 | $ 26,400.00 | 88.00% |
| CHARITY AWARD PROGRAM | $ 10,000.00 | $ - | $ - | $ 2,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500.00 | $ 7,500.00 | 75.00% |
| EMERGENCY RELIEF FOR HOUSING AND MEDICAL EXPENSES (TO REPLACE SASSP) | $ 191,000.00 | $ - | $ 27,899.59 | $ 350,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 377,899.59 | $ (186,899.59) | -97.85% |
| DIRECT MEMBER SERVICES TOTAL | $ 1,119,000.00 | $ - | $ 50,673.48 | $ 466,300.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 527,473.48 | $ 591,526.52 | 52.86% |
| **CULTURAL** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION OF PROGRAMS SEE TAB 5) | | | | | | | | | | | | | | | | |
| CULTURAL LIAISONS (CONTRACT POSITIONS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| BIG TIME | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000.00 | 100.00% |
| REGALIA DANCE GROUP | $ 4,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,000.00 | 100.00% |
| PARTICIPATION IN ANNUAL TULE BOAT FESTIVAL | $ 5,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,000.00 | |
| TRIBAL GATHERING | $ 10,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,000.00 | 100.00% |
| MISCELLANOUS CULTURAL | $ 3,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,000.00 | 100.00% |
| TRIBAL MEETING EXPENSES | $ 15,000.00 | $ - | $ - | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 200.00 | $ 14,800.00 | 98.67% |
| TRIBAL UNITY TRIPS | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| VOLUNTEER/ELDER ACKNOWLEDGEMENTS | $ 7,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,500.00 | 100.00% |
| CULTURAL TOTAL | $ 84,500.00 | $ - | $ - | $ 45,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 200.00 | $ 84,300.00 | 99.76% |
| **ADMINISTRATIVE** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION AND BUDGETS SEE TAB 6) | | | | | | | | | | | | | | | | |
| COMMITTEE EXPENSES | $ 100,000.00 | $ - | $ 6,864.07 | $ 1,722.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,123.28 | $ 86,876.72 | 86.88% |
| TRIBAL WORK CREW/LABOR FORCE | $ 241,400.00 | $ - | $ 10,087.55 | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36,859.21 | $ 204,540.79 | 84.73% |
| COMMUNITY DONATIONS (NON TRIBAL) | $ 20,000.00 | $ - | $ 856.51 | $ 1,720.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,626.51 | $ 15,373.49 | 76.87% |
| TRIBAL SEMINARS | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000.00 | 100.00% |
| GRANT PARTICIPATION EXPENSES | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| ADMIN SUPPLEMENTAL STAFF | $ 150,000.00 | $ - | $ 6,315.52 | $ 7,731.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 20,939.71 | $ 129,060.29 | 86.04% |
| COMMUNITY EVENTS | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 553.84 | $ 14,446.16 | 96.31% |
| RESERVE | $ 25,000.00 | $ - | $ - | $ 150,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| ADMINISTRATIVE TOTAL | $ 591,400.00 | $ - | $ 24,123.65 | $ 261,173.18 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 76,102.55 | $ 515,297.45 | 87.13% |
| **TRIBAL PROGRAMS** | | | | | | | | | | | | | | | | |
| (FOR FULL DESCRIPTION AND BUDGETS SEE TAB 7) | | | | | | | | | | | | | | | | |
| INDIRECT COST SHORT FALL | $ 300,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 300,000.00 | 100.00% |
| GARDEN PROJECT | $ 20,000.00 | $ - | $ 720.00 | $ 10,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 900.00 | $ 19,100.00 | 95.50% |
| TRIBAL LAND MANAGEMENT | $ 120,000.00 | $ - | $ 6,954.87 | $ 50,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,553.07 | $ 108,446.93 | 90.37% |
| EC COMMUNICATIONS REIMB | $ 16,800.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,800.00 | 100.00% |
| FLOWER FUND | $ 4,000.00 | $ - | $ - | $ 119.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 239.26 | $ 3,760.74 | 94.02% |
| FISCAL SOFTWARE UPGRADE AND TRAINING | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | #DIV/0! |
| TRANSPORTATION SUPPLEMENTAL FUNDING | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | 100.00% |
| ICWA SUPPLEMENTAL FUNDING | $ 68,000.00 | $ - | $ 7,345.26 | $ 68,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,614.49 | $ 41,385.51 | 60.86% |
| TGC SUPPLEMENTAL FUNDING | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 100,000.00 | 100.00% |
| EVENT CENTER EXPENSES | $ 25,000.00 | $ - | $ 1,133.98 | $ 1,552.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,719.71 | $ 20,280.29 | 81.12% |
| TRIBAL PROGRAMS TOTAL | $ 678,800.00 | $ - | $ 16,154.11 | $ 129,671.74 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44,026.53 | $ 634,773.47 | 93.51% |

**TOTAL $ 2,943,634.00  $    -    $ 117,363.23  $ 1,187,239.92  $ -   $ -   $ -   $ -   $ -   $    -    $    -    $    -    $    -    $    818,350.12  $ 2,125,283.88   72.20%**