**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GEORGE HENGLE, SHERRY BLACKBURN, WILLIE ROSE, ELWOOD BUMBRAY, TIFFANI MYERS, STEVEN PIKE, SUE COLLINS, LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated,*

Plaintiffs,

v.

SCOTT ASNER; JOSHUA LANDY; SHERRY TREPPA, CHAIRPERSON OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; TRACEY TREPPA, VICE-CHAIRPERSON OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; KATHLEEN TREPPA, TREASURER OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; IRIS PICTON, SECRETARY OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; SAM ICAY, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in his official capacity*; AIMEE JACKSON-PENN, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; AMBER JACKSON, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKEMAN EXECUTIVE COUNCIL, *in her official capacity*;

Defendants.

Civil Action No. 3:19-cv-250-REP

**DEFENDANTS SCOTT ASNER AND JOSHUA LANDY'S**
**<u>RENEWED MOTION TO DISMISS</u>**

Specially appearing Defendants[1] Scott Asner ("Asner") and Joshua Landy ("Landy") hereby move this Court pursuant to Federal Rule of Civil Procedure 12 for an order dismissing the Plaintiffs' First Amended Class Action Complaint. The reasons in support of this motion are set forth in the accompanying memorandum, which is incorporated herein by reference.

Respectfully submitted:

Dated: August 9, 2019

/s/Jan A. Larson
Jan A. Larson (Bar No. 76959)
Thomas J. Perrelli (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington DC, 20001
Phone: (202) 639-6000
Facsimile: (202) 639-6066
JanLarson@jenner.com
TPerrelli@jenner.com

*Counsel for Defendants Scott Asner and Joshua Landy*

---

[1] A defendant does not submit to the jurisdiction of this Court by filing a motion to dismiss. *Hunt v. Calhoun Cty. Bank, Inc.*, 8 F. Supp. 3d 720, 726 (E.D. Va. 2014). Nor does a defendant waive arbitration rights by bringing a motion to dismiss together with a motion to compel arbitration. *MicroStrategy, Inc. v. Lauricia*, 268 F.3d 244, 246 (4th Cir. 2001).

## CERTIFICATE OF SERVICE

I certify that on August 9, 2019, I have electronically filed DEFENDANTS SCOTT ASNER AND JOSHUA LANDY'S RENEWED MOTION TO DISMISS and accompanying papers with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    George Hengle
    Sherry Blackburn
    Willie Rose
    Elwood Bumbray
    Tiffani Myers
    Steven Pike
    Sue Collins
    Lawrence Mwethuku
    Sherry Treppa
    Tracey Treppa
    Kathleen Treppa
    Iris Picton
    Sam Icay
    Aimee Jackson-Penn
    Amber Jackson

Dated this August 9, 2019.

                                                  /s/Jan A. Larson

                                                  Jan A. Larson (Bar No. 76959)