**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| GEORGE HENGLE, SHERRY BLACKBURN, WILLIE ROSE, ELWOOD BUMBRAY, TIFFANI MYERS, STEVEN PIKE, SUE COLLINS, LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, ) ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No.  3:19-250 |
| v. ) ) | |
| SCOTT ASNER; JOSHUA LANDY; SHERRY TREPPA, CHAIRPERSON OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; TRACEY TREPPA, VICE-CHAIRPERSON OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; KATHLEEN TREPPA, TREASURER OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; IRIS PICTON, SECRETARY OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity;* SAM ICAY, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in his official capacity*; AIMEE JACKSON-PENN, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; AMBER JACKSON, MEMBER-AT-LARGE OF THE HABEMATOLEL POMO OF UPPER LAKE EXECUTIVE COUNCIL, *in her official capacity*; ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**TRIBAL DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the accompanying Memorandum in Support of this Motion, Defendants Sherry Treppa, Chairperson of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity*; Tracey Treppa, Vice-Chairperson of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity*; Kathleen Treppa, Treasurer of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity*; Iris Picton, Secretary of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity*; Sam Icay, Member-at-Large of the Habematolel Pomo of Upper Lake Executive Council, *in his official capacity*; Aimee Jackson-Penn, Member-at-Large of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity*; and Amber Jackson, Member-at-Large of the Habematolel Pomo of Upper Lake Executive Council, *in her official capacity* (collectively "Tribal Defendants") respectfully move to dismiss all claims against them in Plaintiffs' First Amended Class Action Complaint, with prejudice to future claims.

DATED: August 9, 2019                          Respectfully Submitted.

                                               /s/ Matthew Skanchy
                                               Matthew Skanchy (Bar No. 89575)
                                               mskanchy@wilkinsonwalsh.com
                                               Rakesh Kilaru (*pro hac vice*)
                                               rkilaru@wilkinsonwalsh.com
                                               James Rosenthal (*pro hac vice*)
                                               jrosenthal@wilkinsonwalsh.com
                                               Kosta Stojilkovic (*pro hac vice*)
                                               kstojilkovic@wilkinsonwalsh.com
                                               Beth Wilkinson (*pro hac vice*)
                                               bwilkinson@wilkinsonwalsh.com
                                               WILKINSON WALSH + ESKOVITZ LLP
                                               2001 M Street NW, 10th Floor
                                               Washington, D.C. 20036
                                               Telephone: (202) 847-4000
                                               Fax: (202) 847-4005

                                               *Counsel for Tribal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Kristi C. Kelly
kkelly@kellyguzzo.com
Andrew J. Guzzo
aguzzo@kellyguzzo.com
Casey S. Nash
casey@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Leonard A. Bennett
lenbennett@clalegal.com
Craig C. Marchiando
craig@clalegal.com
Elizabeth W. Hanes
elizabeth@clalegal.com
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

James W. Speer
jay@vplc.org
VIRGINIA POVERTY LAW CENTER
919 East Main Street, Suite 610
Richmond, VA 23219

*Counsel for Plaintiffs*

Thomas J. Perrelli
TPerrelli@jenner.com
Jan A. Larson
JanLarson@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue,NW
Washington DC, 20001

*Counsel for Defendants Scott Asner and Joshua Landy*

DATED: August 9, 2019

Respectfully Submitted.

/s/ Matthew Skanchy
Matthew Skanchy (Bar No. 89575)
mskanchy@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
James Rosenthal (*pro hac vice*)
jrosenthal@wilkinsonwalsh.com
Kosta Stojilkovic (*pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Beth Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005

*Counsel for Tribal Defendants*