IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE HENGLE, *et al* | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 3:19-cv-00250 (DJN) |
| | : |
| SCOTT ASNER, *et al* | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND DEADLINES

Plaintiffs George Hengle, Sherry Blackburn, Willie Rose, Elwood Bumbray, Tiffani Myers, Steven Pike, Sue Collins, and Lawrence Mwethuku (collectively, "Plaintiffs") and Defendants Sherry Treppa; Tracey Treppa; Kathleen Treppa; Iris Picton; Sam Icay; Aimee Jackson-Penn; Amber Jackson; Jennifer Burnett; Carol Munoz; Veronica Krohn, Joshua Landy, and Scott Asner (collectively, "Defendants"), by counsel, hereby notify the Court that they have reached a settlement in this case and are presently working to finalize the necessary documents. Once finalized, the parties shall submit a Motion for Preliminary Approval for consideration by the Court.

Because the global settlement was recently reached, the parties request thirty (30) days to submit the Motion for Preliminary Approval. The parties further request that the Court suspend all deadlines in the Court's Scheduling and Pretrial Order (Dkt. 153) so the parties may focus on completing the necessary documents to effectuate the settlement, which should moot all remaining deadlines in this case.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170

Case 3:19-cv-00250-DJN Document 181 Filed 03/25/22 Page 2 of 2 PageID# 3794

Casey S. Nash, Esq., VSB #84261
J. Patrick McNichol, Esq., VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email:  craig@clalegal.com
*Counsel for Plaintiffs*