IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GEORGE HENGLE *et al.*,
*on behalf of themselves and
all individuals similarly situated*,
    Plaintiffs,

v.                                            Civil No. 3:19cv250 (DJN)

SCOTT ASNER *et al.*,
    Defendants.

## ORDER
**(Suspending Deadlines)**

This matter comes before the Court on the parties' Notice of Settlement and Request to Suspend Deadlines (ECF No. 181), notifying the Court of the parties' global settlement and moving for the suspension of all deadlines set in the Court's January 11, 2022 Scheduling and Pretrial Order (ECF No. 153). Because the parties have settled all matters in controversy, the Court hereby GRANTS their request to suspend all deadlines in the Scheduling and Pretrial Order. The parties must submit their Motion for Preliminary Approval by April 25, 2022.

Let the Clerk file a copy of this Order electronically and notify all counsel of record, as well as Judge Colombell's chambers.

It is so ORDERED.

                                                                                                 _____/s/_____
                                                                                                 David J. Novak
                                                                                                 United States District Judge

Richmond, Virginia
Dated: March 25, 2022