IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE HENGLE, *et al., on behalf of themselves and all others similarly situated,*

                  Plaintiffs,

v.                                       Case No: 3:19-cv-250-DJN

SCOTT ASNER, *et al*,

                  Defendants.

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs George Hengle, Sherry Blackburn, Willie Rose, Elwood Bumbray, Tiffani Myers, Steven Pike, Sue Collins, Lawrence Mwethuku, Regina Nolte, and Jo Ann Falash,[1] by Class Counsel, move the Court for preliminary approval of the Stipulation and Agreement of Settlement, attached as Exhibit 1, under Federal Rule of Civil Procedure 23(b)(3). They also move the Court for certification of the Settlement Class, appointment of Class Counsel and Class Representatives, approval of the proposed class notices and notice plans, appointment of the settlement administrator, and scheduling of a final fairness hearing. A proposed Preliminary Approval Order is attached as Exhibit 2, and the support for this request is set forth in the concurrently-filed memorandum of law. Defendants do not oppose the filing of this motion.

                                                    Respectfully submitted,
                                                    **PLAINTIFFS**

                                                      */s/ Kristi C. Kelly*
                                                    Kristi Cahoon Kelly, VSB #72791
                                                    Andrew J. Guzzo, VSB #82170

---

[1] The proposed settlement includes two plaintiffs and two defendants that are not currently parties to the litigation. The Plaintiffs have sought leave to file an amended complaint to add these parties to the litigation. (ECF No. 183.)

Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Kevin Dillon, VSB #93475
CONSUMER LITIGATION ASSOCIATES, P.C.
626 East Broad Street, Suite 300
Richmond VA, 23219
Telephone: (804) 904-9905
Facsimile: (804) 904-9905
E-mail: kevin@clalegal.com

James Wilson Speer
VIRGINIA POVERTY LAW CENTER
919 E Main Street, Suite 610
Richmond, VA 23219
Telephone: (804) 782-9430
Facsimile: (804) 649-0974
Email: jay@vplc.org

*Counsel for Plaintiffs*

2