IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GEORGE HENGLE, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 3:19-cv-00250 (DJN) |
| | : | |
| SCOTT ASNER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT
AND FOR SERVICE AWARDS AND ATTORNEYS' FEES**

Plaintiffs George Hengle, Sherry Blackburn, Willie Rose, Elwood Bumbray, Tiffani Myers, Steven Pike, Sue Collins, Lawrence Mwethuku, Regina Nolte, and Jo Ann Falash ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, by Counsel, under Fed. R. Civ. P. 23, move the Court for Final Approval of the Class Action Settlement and for an award of attorney's fees and service awards for the reasons outlined in the contemporaneously filed memorandum of law.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

1

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email: craig@clalegal.com

Matthew Wessler
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
(202) 888-7792 (fax)
matt@guptawessler.com

*Class Counsel*